ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 1 6 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Horace Mayfield<br>Nathan Antonio Howard<br>Stephens Edwin Ivester<br>Quincey Jones<br>Leonardo Steeples<br>Thurston Chadwick Martin<br>Kevin Lesanne Stowers<br>Malissa Denice Holden<br>Marvin Junior Teasley<br>Joy Yvette Hunter<br>Avero Lacondo Howard | Criminal Indictment<br><br>No.   2 : 1 6 - C R - 0 0 9 |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on or about January 7, 2016, and continuing until on or about February 17, 2016, in the Northern District of Georgia and elsewhere, the defendants, HORACE MAYFIELD, NATHAN ANTONIO HOWARD, STEPHENS EDWIN IVESTER, QUINCEY JONES, LEONARDO STEEPLES, THURSTON CHADWICK MARTIN, and KEVIN LESANNE STOWERS, did combine, conspire, confederate, agree and have a tacit understanding with each other and others known and unknown to the grand jury, to violate Title 21, United States Code, Section 841(a), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, to wit: at least 500 grams

of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and to knowingly and intentionally distribute a controlled substance, to wit: at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(ii).

## Count Two

On or about February 3, 2016, in the Northern District of Georgia, the defendants, HORACE MAYFIELD, NATHAN ANTONIO HOWARD, STEPHENS EDWIN IVESTER, QUINCEY JONES, LEONARDO STEEPLES, THURSTON CHADWICK MARTIN, and KEVIN LESANNE STOWERS, aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2.

## Count Three

On or about February 3, 2016, in the Northern District of Georgia, the defendants, HORACE MAYFIELD and STEPHENS EDWIN IVESTER, aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally distribute a controlled substance, to wit: at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2.

## Count Four

On or about January 11, 2016, in the Northern District of Georgia, the defendants, HORACE MAYFIELD, LEONARDO STEEPLES, and MALISSA DENICE HOLDEN, aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Five

On or about January 19, 2016, in the Northern District of Georgia, the defendants, HORACE MAYFIELD, LEONARDO STEEPLES, and MALISSA DENICE HOLDEN, aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### Count Six

On or about February 5, 2016, in the Northern District of Georgia, the defendants, HORACE MAYFIELD, LEONARDO STEEPLES, and MALISSA DENICE HOLDEN, aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### Count Seven

On or about February 12, 2016, in the Northern District of Georgia, the defendants, HORACE MAYFIELD, LEONARDO STEEPLES, and MALISSA DENICE HOLDEN, aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### Count Eight

On or about January 15, 2016, in the Northern District of Georgia, the defendants, HORACE MAYFIELD, QUINCEY JONES, and MARVIN JUNIOR TEASLEY, aided and abetted by each other and others known and unknown to

the grand jury, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### Count Nine

On or about January 29, 2016, in the Northern District of Georgia, the defendants, HORACE MAYFIELD, QUINCEY JONES, and MARVIN JUNIOR TEASLEY, aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### Count Ten

Beginning on or about January 7, 2016, and continuing until on or about February 17, 2016, in the Northern District of Georgia and elsewhere, the defendants, HORACE MAYFIELD, QUINCEY JONES, and JOY YVETTE HUNTER, did combine, conspire, confederate, agree and have a tacit understanding with each other and others known and unknown to the grand jury, to violate Title 21, United States Code, Section 841(a), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, to wit:

a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and to knowingly and intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

### Count Eleven

On or about January 10, 2016, in the Northern District of Georgia, the defendants, HORACE MAYFIELD and JOY YVETTE HUNTER, aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### Count Twelve

On or about January 28, 2016, in the Northern District of Georgia, the defendants, HORACE MAYFIELD, QUINCEY JONES, and JOY YVETTE HUNTER, aided and abetted by each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Thirteen

On or about January 29, 2016, in the Northern District of Georgia, the defendants, HORACE MAYFIELD, LEONARDO STEEPLES, and AVERO LACONDO HOWARD, did combine, conspire, confederate, agree and have a tacit understanding with each other to violate Title 18, United States Code, Section 924(c), that is, during and in relation to a drug trafficking crime, that is, the offense of possession with intent to distribute a mixture and substance containing a detectable amount of cocaine, did use and carry a firearm, and in furtherance of said drug trafficking crime did possess a firearm, in violation of Title 18, United States Code, Section 924(c).

In furtherance of the conspiracy and to effect the objects and purposes thereof, the defendants did commit one or more of the following overt acts:

(a)     On or about January 29, 2016, Horace Mayfield called Avero Lacondo Howard.

(b)     On or about January 29, 2016, Horace Mayfield traveled to 317 Skyview Lane, Toccoa, Georgia.

(c)     On or about January 29, 2016, Horace Mayfield called Avero Lacondo Howard from 317 Skyview Lane, Toccoa, Georgia.

(d)     On or about January 29, 2016, Avero Lacondo Howard directed Horace Mayfield to search in a closet for a firearm.

(e)     On or about January 29, 2016, Horace Mayfield searched in a closet for a firearm at 317 Skyview Lane, Toccoa, Georgia.

(f)     On or about January 29, 2016, Horace Mayfield delivered a firearm to Leonardo Steeples in Toccoa, Georgia.

In violation of Title 18, United States Code, Section 371.

### Count Fourteen

On or about January 29, 2016, in the Northern District of Georgia, the defendant, AVERO LACONDO HOWARD, did possess a firearm, that is, a Taurus 9mm semi-automatic pistol, that had the manufacturer's serial number removed, obliterated, and altered, and did affect interstate commerce thereby, in violation of Title 18, United States Code, Section 922(k).

### Count Fifteen

On or about January 29, 2016, in the Northern District of Georgia, the defendant, HORACE MAYFIELD, aided and abetted by Avero Lacondo Howard, did receive and possess a firearm, that is, a Taurus 9mm semi-automatic pistol, that had the manufacturer's serial number removed, obliterated, and altered, and did affect interstate commerce thereby, in violation of Title 18, United States Code, Sections 922(k) and 2.

### Count Sixteen

On or about February 17, 2016, in the Northern District of Georgia, the defendant, NATHAN ANTONIO HOWARD, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B)(ii).

## Forfeiture

As a result of committing the offenses alleged in Counts Thirteen, Fourteen, and/or Fifteen of this Indictment, the defendants, HORACE MAYFIELD, LEONARDO STEEPLES, and AVERO LACONDO HOWARD, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in

such offenses, including but not limited to the one Taurus 9mm semi-automatic pistol with the serial number obliterated.

A __TRUE BILL__ BILL

_____
FOREPERSON

JOHN A. HORN
 *United States Attorney*

*/s/ Wm L. McK*
WILLIAM L. MCKINNON, JR.
 *Assistant United States Attorney*
Georgia Bar No. 495812

*/s/ Wm. L. McK* (for)
JENNIFER WHITFIELD
 *Special Assistant United States Attorney*
Georgia Bar No. 984465

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

10